

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| WHATABURGER RESTAURANTS LLC, | § | No. 08-23-00017-CV |
| Appellant, | § | Appeal from the |
| v. | § | 57th Judicial District Court |
| ROSA ELIA FUENTES, | § | of Bexar County, Texas |
| Appellee. | § | (TC# 2022CI11371) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the trial court correctly denied Appellant's motion to dismiss. We therefore affirm the trial court's judgment denying defendants' motion to dismiss and remand the cause for further proceedings. We further order that Appellee recover from Appellant and its sureties, if any, all costs in this Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF SEPTEMBER, 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.